# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:19-CV-21584-MCG

KATIE BUSH,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

PREMIERE CENTER FOR COSMETIC
SURGERY OF TAMPA, INC.,

*Defendant*,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Katie Bush, and Defendant, Premiere Center For Cosmetic Surgery Of Tampa, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:

1. This action and all claims contained therein is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs, except as set forth in the Parties' settlement agreement.

3. The Court retains jurisdiction to enforce the terms of the Parties' settlement agreement.

Date:   August 13, 2019

Respectfully submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | **ROIG LAWYERS** |
| */s/ Andrew J. Shamis* | /s/ Nelson C. Bellido |
| Andrew J. Shamis | Nelson C. Bellido |
| Florida Bar No. 101754 | Florida Bar No. 974048 |
| *efilings@shamisgentile.com* | nbellido@roiglawyers.com |
| 14 NE 1st Avenue, Suite 1205 | 44 W. Flagler Street, Suite 2100 |
| Miami, Florida 33132 | Miami, FL 33130 |
| (t) (305) 479-2299 | (t) (786) 476-1661 |
| (f) (786) 623-0915 | (f) (305) 405-1022 |

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537    *Counsel for Defendant.*
scott@edelsberglaw.com
Jordan D. Utanski, Esq.
Florida Bar No. 119432
utanski@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320


*Counsel for Plaintiff*